| UNITED STATES DISTRICT COURT | **MAKE JS-6** |
|---|---|
| CENTRAL DISTRICT OF CALIFORNIA | |

CIVIL MINUTES -- GENERAL

Case No.   CV-12-5285-R                                                                Date: JUNE 26, 2012

Title:   EMERYFED INC et al -V- NORBERTA RAMIREZ
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                                                      None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT

**This is the second time defendant has improperly removed the same unlawful detainer action, which this Court previously remanded sua sponte back to state court for the same reasons it now sua sponte remands it again, as stated in the previous order in CV-12-2828-R, and repeated again below:**

**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction."  28 U.S.C. 1447(c).  Because this is an unlawful detainer action, a federal question does not present itself.  See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim).  As such, this case is now REMANDED TO STATE COURT.**

**Defendant is now hereby advised that if she removes this unlawful detainer action a third time, after being told by Court Order twice that she cannot, monetary sanctions may be imposed against her.**

**IT IS SO ORDERED.**

  cc: counsel of record

MINUTES FORM 11                                                           Initials of Deputy Clerk ___WH____
CIVIL -- GEN